IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CV-564-D

| | | |
|---|---|---|
| SHANTA THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ENTRY OF DEFAULT** |
| | ) | |
| NORTH AMERICAN ASSET SERVICES, | ) | |
| LLC, | ) | |
| | ) | |
| Defendant. | ) | |

It appearing that the complaint was filed in this case on October 23, 2015 that the summons and complaint were duly served upon Defendant North American Asset Services, LLC, on November 16, 2015, and no answer or other pleading has been filed by Defendant as required by law; therefore, upon request of Plaintiff Shanta Thomas, default is hereby entered against Defendant North American Asset Services, LLC, as provided in Fed. R. Civ. P. 55(a).

SO ORDERED. This the 9th day of February, 2016.

Julie Richards Johnston
Clerk of Court