IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-564-D

SHANTA THOMAS,                )
                              )
        Plaintiff,             )
                              )
    v.                         )        **ORDER**
                              )
NORTH AMERICAN ASSET           )
SERVICES, LLC,                 )
                              )
        Defendants.            )

On February 9, 2016, the clerk of court entered default against defendant North American Asset Services, LLC. See [D.E. 7]. Plaintiff's motion for default judgment [D.E. 9] is GRANTED. The clerk of court shall enter default judgment in favor of Shanta Thomas against North American Asset Services, LLC for:

1.  $500.00 in statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A);

2.  $1,000.00 in civil penalties, pursuant to N.C. Gen. Stat. § 58-70-130(b);

3.  $400.00 in costs;

4.  $2,100.00 in reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k(a)(3).

SO ORDERED. This 26 day of May 2016.

JAMES C. DEVER III
Chief United States District Judge